**NOTE: CHANGES MADE BY COURT**

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| YANET CALDERON, an individual, | Case No.: 8:22-cv-00454-FWS-JDE |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO DISMISS CASE [14]** |
| v. | |
| FCA US LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive, | |
| Defendants. | |

///
///
///

Having reviewed and considered the Parties' Joint Stipulation to Dismiss the Case (the "Stipulation") [14], and good cause appearing, the court **ORDERS** the following:

1. The Stipulation is **APPROVED**; and
2. The entire action, including all claims stated herein against all parties, are hereby **DISMISSED WITH PREJUDICE**; and

**IT IS SO ORDERED**.

Dated: August 15, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE